IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Metropolitan Life Insurance Co.,** | Case No. **1:19-cv-1657** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **Kenya Little,** *et al.*, | **JUDGMENT ENTRY** |
| **Defendants** | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court concludes that the Plan proceeds should be distributed according to the 2/23/1982 designation to the following 5 beneficiaries as follows:

Sharon Little: 50% ($6,075.00)

Shareba Walker: 12.5% ($1,518.75)

Terrance Walker: 12.5% ($1,518.75)

Damone Walker: 12.5% ($1,518.75)

Kenya Walker: 12.5% ($1,518.75)

The Court retains jurisdiction over the disbursement of the Plan proceeds in this matter. This case is hereby terminated.

**IT IS SO ORDERED.**

   *s/Pamela A. Barker*
PAMELA A. BARKER
Date:  August 13, 2021                  U. S. DISTRICT JUDGE